IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
BATESVILLE DIVISION

MARCY CARL WILSON                                                    PLAINTIFF

VS.                            CASE NO. 1:06CV0008 GH

JODIE LAFEVERS                                                      DEFENDANT

## JUDGMENT

Pursuant to the Order entered in this case on this date, IT IS CONSIDERED, ORDERED and ADJUDGED that plaintiff's complaint against defendant is hereby DISMISSED with prejudice for failure to state a claim.

SO ADJUDGED this 24th day of May, 2006.

_____
UNITED STATES DISTRICT JUDGE